**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re

Donald James Brown aka Donald Brown
aka Donald J Brown aka Don Brown
and Teka Dee Brown aka Teka Dee Joyce Brown
aka Teka D Brown
aka Teka Brown aka Teka Joyce Brown

                                                  CHAPTER    7
                                                  CASE NO.    25-40458-KKS

        Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**FILED BY SUNCOAST CREDIT UNION REGARDING**
**2015 CHEVROLET SILVERADO/ VIN: 1GC1KWE85FF143872 (DOC. #33)**

THIS CASE is before the Court on the Motion For Relief From Stay ("Motion," DOC. #33) filed by SUNCOAST CREDIT UNION ("Creditor") regarding 2015 CHEVROLET SILVERADO/ VIN: 1GC1KWE85FF143872 ("Collateral"). The Motion was served on interested parties with the Local Rule 2002-2 Negative Notice legend informing the parties of their opportunity to respond. No party filed a response within the time permitted. Therefore, the Court deems the matter unopposed. Accordingly, it is

    ORDERED:

    1.    The Motion is GRANTED.

    2.    The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit the Creditor to exercise its contractual and state law remedies as to the collateral/property described as: 2015 CHEVROLET SILVERADO/ VIN: 1GC1KWE85FF143872.

3. The relief granted here permits the Creditor to seek and obtain *in rem* relief against the collateral/property only and does not permit the Creditor to seek or *obtain in personam* relief against the Debtor(s).

DONE and ORDERED on __December 18, 2025__.

_____
Karen K. Specie
United States Bankruptcy Judge


Alexander Dowding is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.


Order Prepared By: (Modified in Chambers)
Alexander Dowding, P.O. Box 800, Tampa, FL 33603


Copies Furnished To:
Alexander Dowding, P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
Donald James Brown aka Donald Brown aka Donald J Brown aka Don Brown and Teka Dee Brown aka Teka Dee Joyce Brown aka Teka D Brown aka Teka Brown aka Teka Joyce Brown, 2984 Johnson Stripling Road, Perry, FL 32347
Angela M. Ball 615 N. Jefferson St., Perry, FL 32347
Sherry Chancellor, Trustee, 619 West Chase St., Pensacola, FL 32502
SUNCOAST CREDIT UNION, P.O. Box 11904, Tampa, FL, 33680

2532017/AVM